NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTIN FORD, DOC #D51823,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Appellant,　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　　　Case No. 2D17-4598
　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Appellee.　　　　　　)
　　　　　　　　　　　　　　　　　　)
_____ )

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Margaret O. Steinbeck,
Judge.

Justin Ford, pro se.


PER CURIAM.


　　　　　　　Affirmed.


CRENSHAW, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.